## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 7** |
| | : | |
| **BETH S. SHAPIRO,** | : | **BANKRUPTCY NO. 18-13346-JKF** |
| | : | |
| **Debtor.** | : | |
| | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Creditor Steven Prusky filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, you must file an answer explaining your position at and file the same with the **Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106** no later than **July 6, 2018**, and serve a copy on:

> Alan L. Frank, Esquire
> Alan L. Frank Law Associates, P.C.
> 135 Old York Road
> Jenkintown, PA 19046

2.    If you or your attorney do not take steps described in paragraph 1 above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the **Honorable Jean K. FitzSimon** on **July 25, 2018 at 1 p.m.** at the **United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106**.    Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to

disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1.

5.     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

ALAN L. FRANK LAW ASSOCIATES, P.C.


_____
Alan L. Frank, Esq.
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
T: 215.935.1000 / F: 215.935.1110

Dated: June **25**, 2018