**Fill in this information to identify your case:**

Debtor 1    **Beth**    **S**    **Shapiro**
            First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **18-13346**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

|     | Total claim | Priority amount | Nonpriority amount |
|-----|---|---|---|
| 2.1 | $1,495.17 | $1,495.17 | $0.00 |

**Pennsylvania Department of Revenue**
Priority Creditor's Name
**Bankruptcy Division**
Number    Street
**P.O. Box 280946**

**Harrisburg**    **PA**    **17128**
City           State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    **Beth S Shapiro**                                         Case number (if known)  **18-13346**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**                                                                                                           **$5,293.00**

**Aes/pnc Natl City**
Nonpriority Creditor's Name
**Po Box 61047**
Number    Street

**Harrisburg           PA    17106**
City                   State  ZIP Code

Last 4 digits of account number   **0  0  0  1**
When was the debt incurred?   **03/2010**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**4.2**                                                                                                            **$169.00**

**Capital Accounts**
Nonpriority Creditor's Name
**Po Box 140065**
Number    Street

**Nashville            TN    37214**
City                   State  ZIP Code

Last 4 digits of account number   **1  0  7  3**
When was the debt incurred?   **04/2017**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Collection Attorney**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor 1  **Beth S Shapiro**  Case number (if known) **18-13346**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**  $325.00

**Coemnity Bank/Pay Pal Credit**
Nonpriority Creditor's Name
**P.O. Box 5138**
Number    Street

**Timonium**  **MD**  **21094**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __
**When was the debt incurred?** **Various dates**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Account**

**4.4**  $1,043.61

**Comenity Capital Bank**
Nonpriority Creditor's Name
**Bankruptcy Department**
Number    Street
**P.O. Box 183043**

**Columbus**  **OH**  **43218**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **3  5  5  6**
**When was the debt incurred?** **Various Dates**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**4.5**  $402.75

**Crown Asset Management, LLC**
Nonpriority Creditor's Name
**c/o ARS National Services, Inc.**
Number    Street
**P.O. Box 469046**

**Escondido**  **CA**  **92046**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **7  9  7  0**
**When was the debt incurred?** **Various dates**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

Debtor 1   **Beth S Shapiro**                                           Case number (if known)   **18-13346**

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.6**                                                                                                **$10,604.00**

**Discover**
Nonpriority Creditor's Name
**P.O. Box 30943**
Number     Street

**Salt Lake City**          **UT**     **84130**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
☒ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **8  2  1  0**
When was the debt incurred?       **04/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Credit Card**

---

**4.7**                                                                                                **$42,674.00**

**Edfinancial Services L**
Nonpriority Creditor's Name
**120 N Seven Oaks Dr**
Number     Street

**Knoxville**               **TN**     **37922**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
☒ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **6  7  9  9**
When was the debt incurred?       **12/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

---

**4.8**                                                                                                **$223.73**

**Kohls/capone**
Nonpriority Creditor's Name
**N56 W 17000 Ridgewood Dr**
Number     Street

**Menomonee Falls**         **WI**     **53051**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
☒ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **6  3  2  2**
When was the debt incurred?       **11/2012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Charge Account**

---

Debtor 1  **Beth S Shapiro**                                          Case number (if known)  **18-13346**

**Part 2:**  **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.9**                                                                                              **$1,200.02**

**Main Line Health Care**
Nonpriority Creditor's Name
**2 Industrial Blvd**
Number     Street
**Suite B-102**

**Paoli           PA    19301**
City              State  ZIP Code

Last 4 digits of account number    **0  1  9  8**
When was the debt incurred?    **06/08/17**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Medical/Hospital Bills**

**Is the claim subject to offset?**
☒ No
☐ Yes

**4.10**                                                                                             **$4,856.00**

**Melissa Boyd, Esquire**
Nonpriority Creditor's Name
**High Schwartz**
Number     Street
**40 East Airy Street**

**Norristown       PA    19404**
City              State  ZIP Code

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Legal Fees**

**Is the claim subject to offset?**
☒ No
☐ Yes

**4.11**                                                                                             **$882.00**

**Nordstroms**
Nonpriority Creditor's Name
**Bankruptcy Department**
Number     Street
**P.O. Box 6566**

**Englewood        CO    80155**
City              State  ZIP Code

Last 4 digits of account number    **4  3  4  2**
When was the debt incurred?    **01/2003**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Charge Account**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1  **Beth S Shapiro**                                   Case number (if known) **18-13346**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.12    $22,705.42

**Obermayer Rebmann Maxwell & Hippel**
Nonpriority Creditor's Name
**Centre Square West**
Number    Street
**1500 Market Street**
**Suite 3400**
**Philadelphia**    **PA**    **19102**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    **Various Dates**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Attorney Fees**

### 4.13    $232.96

**Penn Medicine**
Nonpriority Creditor's Name
**P.O. Box 824406**
Number    Street

**Philadelphia**    **PA**    **19182**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** **0  2  8  4**
**When was the debt incurred?**    **06/07/17**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Medical/Hospital Bills**

### 4.14    $5,000.00

**PNC Bank**
Nonpriority Creditor's Name
**P.O. Box 3429**
Number    Street

**Pittsburgh**    **PA**    **15230**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Debtor 1 **Beth S Shapiro**     Case number (if known) **18-13346**

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.15**     **$65.00**

**Quest Diagnostics**
Nonpriority Creditor's Name
**P.O. Box 740775**
Number     Street

**Cincinnati**    **OH**    **45274**
City            State    ZIP Code

Last 4 digits of account number  **2  1  1  1**
When was the debt incurred?  **09/10/17**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical/Hospital Bills**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.16**     **$12,163.50**

**Saul Levit LLC**
Nonpriority Creditor's Name
**5 Radnor Corporate Center**
Number     Street
**Suite 170**
**100 Matsonford Road**

**Radnor**    **PA**    **19087**
City            State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  **Various Dates**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Attorney Fees**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.17**     **Unknown**

**Steven Prusky**
Nonpriority Creditor's Name
**204 Avon Road**
Number     Street

**Narberth**    **PA**    **19072**
City            State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Miscellaneous Debt**

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1 **Beth S Shapiro**     Case number (if known) **18-13346**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.18     $804.52

**Synchrony Bank**
Nonpriority Creditor's Name
**Attention: Bankruptcy Department**
Number  Street
**P.O. Box 965061**

**Orlando**     **FL**     **32896**
City     State     ZIP Code

Last 4 digits of account number   **5**   **4**   **8**   **0**
When was the debt incurred? **04/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Credit Card**

**Is the claim subject to offset?**
☒ No
☐ Yes

### 4.19     $55.49

**University of Penn Health System**
Nonpriority Creditor's Name
**c/o PennCredit**
Number  Street
**P.O. Box 988**

**Harrisburg**     **PA**     **17108**
City     State     ZIP Code

Last 4 digits of account number   **6**   **3**   **5**   **3**
When was the debt incurred? **04/09/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Medical/Hospital Bills**

**Is the claim subject to offset?**
☒ No
☐ Yes

### 4.20     $23,803.00

**Us Bk Rms Cc**
Nonpriority Creditor's Name
**Po Box 108**
Number  Street

**Saint Louis**     **MO**     **63166**
City     State     ZIP Code

Last 4 digits of account number   **6**   **7**   **7**   **5**
When was the debt incurred? **07/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Credit Card**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1  **Beth S Shapiro**  Case number (if known) __18-13346__

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.21

$17,147.00

**Usaa Savings Bank**
Nonpriority Creditor's Name
**Po Box 47504**
Number    Street

**San Antonio**   **TX**   **78265**
City            State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   4  7  0  4
**When was the debt incurred?**   **06/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

Debtor 1  **Beth S Shapiro**　　　　　　　　　　　　　　　　　　　　　　Case number (if known)  **18-13346**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Admin Recovery LLC**
Name
**45 Earhart Drive**
Number    Street
**Suite 102**

**Williamsville**　　　　**NY**　　**14221**
City　　　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Allied Interstate**
Name
**P.O. Box 361445**
Number    Street

**Columbus**　　　　**OH**　　**43236**
City　　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**AMCA Collection Agency**
Name
**4 Westchester Plaza**
Number    Street
**Building 4**

**Elmford**　　　　**NY**　　**10523**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**American Coradius International LLC**
Name
**2420 Sweet Home Road**
Number    Street
**Suite 150**

**Amherst**　　　　**NY**　　**14228**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Client Services**
Name
**3451 Harry S Truman Blvd**
Number    Street

**St. Charles**　　　　**MO**　　**63301**
City　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

Debtor 1  **Beth S Shapiro**  Case number (if known) **18-13346**

### Part 3: List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**D & A Services**
Name
**1400 E. Touhy Avenue**
Number   Street
**Suite G2**

**Des Plaines**   **IL**   **60018**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**EGD Financial Care**
Name
**P.O. Box 1020**
Number   Street
**Dept 806**

**Horsham**   **PA**   **19044**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.18** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**MLR Solutions**
Name
**P.O. Box 60536**
Number   Street

**King of Prussia**   **PA**   **19406**
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 11

Debtor 1  **Beth S Shapiro**    Case number (if known) __18-13346__

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|     |     | Total claim |
| --- | --- | ---: |
| 6a. | Domestic support obligations | 6a. $0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. $1,495.17 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. $0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
| 6e. | Total. Add lines 6a through 6d. | 6d. **$1,495.17** |

**Total claims from Part 2**

|     |     | Total claim |
| --- | --- | ---: |
| 6f. | Student loans | 6f. $52,967.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $96,683.00 |
| 6j. | Total. Add lines 6f through 6i. | 6j. **$149,650.00** |