UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| BETH SHAPIRO | : | BANKRUPTCY NO. 18-13346-JKF |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically filed the foregoing documents with the Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania:

1. Motion to Deny Discharge Under 11 U.S.C.S. §727(A)(4) and

2. Motion for Relief from Automatic Stay

I also certify that the foregoing documents were served upon the following via ECF on June 25, 2018:

| TRUSTEE                                      ECF | U.S. TRUSTEE                                 ECF |
|---|---|
| TERRY P. DERSHAW, ESQUIRE<br>Dershaw Law Offices<br>PO Box 556<br>Warminster, PA 18974<br>td@ix.netcom.com,<br>PA66@ecfcbis.com;7trustee@gmail.com | Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107<br>USTPRegion03.PH.ECF@usdoj.gov |
| **ON BEHALF OF DEBTOR BETH S. SHAPIRO**     ECF<br>DAVID H. LANG, ESQUIRE<br>Law Offices of David H. Lang<br>230 North Monroe Street<br>Media, PA 19063<br>langlawoffice@gmail.com | **ON BEHALF OF CREDITOR TOYOTA LEASE TRUST**                                       CF<br>REBECCA ANN SOLARZ, ESQ.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532<br>bkgroup@kmllawgroup.com |

| | |
|---|---|
| **ON BEHALF OF CREDITOR OBERMAYER REBMANN MAXWELL & HIPPEL, LLP**<br>Michael D. Vagnoni, Esquire          **ECF**<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Centre Square West, Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102<br>michael.vagnoni@obermayer.com | |

I hereby certify that the above mentioned documents:

1. Motion to Deny Discharge Under 11 U.S.C.S. §727(A)(4);

2. Motion for Relief from Automatic Stay

3. Proof of Claim of Steven Prusky

were served upon the following via first class mail, postage prepaid on June 26, 2018.

Synchrony Bank
c/o PRA Receivables Management, LLC
P. O. Box 41021
Norfolk, VA 23541

ALAN L. FRANK, ESQ.