Certificate Number: 17082-PAE-DE-031262339

Bankruptcy Case Number: 18-13346



17082-PAE-DE-031262339

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>July 1, 2018</u>, at <u>10:47</u> o'clock <u>PM MST</u>, <u>BETH S SHAPIRO</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>July 1, 2018</u>

By:  <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>