# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Beth S Shapiro aka Beth Shapiro Prusky aka Beth Susan Shapiro<br><br>_Debtor(s)_ | CHAPTER 7 |
| Toyota Lease Trust<br><br>_Movant_<br>vs. | NO. 18-13346 JKF |
| Beth S Shapiro aka Beth Shapiro Prusky aka Beth Susan Shapiro<br><br>_Debtor(s)_ | 11 U.S.C. Section 362 |
| Terry P. Dershaw<br><br>_Trustee_ | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4, VIN: 2T3RFREV7GW468120 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 19th day of July, 2018.

_[signature: Jean K. FitzSimon]_

United States Bankruptcy Judge.

Jean K. FitzSimon

cc: See attached service list

Beth S Shapiro aka Beth Shapiro Prusky aka Beth Susan Shapiro
47 Llanfair Road
Apt. B2
Ardmore, PA 19003

David H. Lang
Law Offices of David H. Lang
230 North Monroe Street
Media, PA 19063

Terry P. Dershaw
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532