United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Beth S Shapiro  
       Debtor

Case No. 18-13346-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jul 20, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.  
db          +Beth S Shapiro,    47 Llanfair Road,    Apt. B2,    Ardmore, PA 19003-3318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                                                                                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:  
        ALAN L. FRANK   on behalf of Plaintiff Steven  Prusky afrank@alflaw.net  
        ALAN L. FRANK   on behalf of Creditor Steven  Prusky afrank@alflaw.net  
        DAVID H. LANG   on behalf of Debtor Beth S Shapiro langlawoffice@gmail.com  
        DAVID H. LANG   on behalf of Defendant Beth S Shapiro langlawoffice@gmail.com  
        MICHAEL D. VAGNONI   on behalf of Creditor   Obermayer Rebmann Maxwell & Hippel  LLP michael.vagnoni@obermayer.com,  
         Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com  
        TERRY P. DERSHAW   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                                                     TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Beth S Shapiro aka Beth Shapiro Prusky aka Beth Susan Shapiro<br>*Debtor(s)* | CHAPTER 7 |
| Toyota Lease Trust<br>*Movant*<br>vs. | NO. 18-13346 JKF |
| Beth S Shapiro aka Beth Shapiro Prusky aka Beth Susan Shapiro<br>*Debtor(s)* | 11 U.S.C. Section 362 |
| Terry P. Dershaw<br>*Trustee* | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4, VIN: 2T3RFREV7GW468120 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 19th day of July, 2018.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Beth S Shapiro aka Beth Shapiro Prusky aka Beth Susan Shapiro
47 Llanfair Road
Apt. B2
Ardmore, PA 19003

David H. Lang
Law Offices of David H. Lang
230 North Monroe Street
Media, PA 19063

Terry P. Dershaw
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532