## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | **Chapter** |
| | : | |
| **BETH SHAPIRO**, | : | |
| | : | |
| Debtor. | : | **Case No. (JKF)** |

## ORDER REGARDING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY FILED BY STEVEN PRUSKY

**AND NOW**, this 1st  day of August, 2018, upon consideration of the Motion for Relief from Automatic Stay ("Motion") filed by creditor Steven Prusky ("Movant");

**AND** a hearing not having been held on the Motion because a Certification of No Response was filed;

**AND** the Motion referring to various amounts (*e.g.,* $3,500 for loss of tax refunds on joint 2015 and 2016 joint tax returns and $87,000 for non-marital property which debtor allegedly removed from the parties' former marital home) that may not be within the scope of 11 U.S.C. § 362(b)(2)(A) or (B);

**AND** Movant having filed a proof of claim in debtor's bankruptcy case for $160,343.35 for "[c]hild support, tax refunds, return of property, divorce-related claims,"

**AND** Movant having offered, in his Motion, to submit copies of the following documents to the Court for an *in camera* review: (i) the parties' Postnuptial

Agreement; and (ii) his Petition for Enforcement of Postnuptial Agreement

including its attachments;

**AND** the Court concluding that an *in camera* inspection of these

documents is necessary to determine whether Movant is entitled to relief from the

stay and, if so, to what extent;

It is hereby **ORDERED** and **DECREED** that:

1.      Mr. Prusky shall submit copies of the parties' Postnuptial

Agreement and his Petition for Enforcement of Postnuptial Agreement to the

Court on or before Friday, August 10, 2018.

2.      The documents identified in paragraph 1 above can be hand-

delivered or mailed to the attention of Judge Jean K. FitzSimon, Suite 203, 900

Market Street, Philadelphia, PA 19107.

3.      After the Court has reviewed the documents, a hearing shall

be scheduled on the Motion.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

2