United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Beth S Shapiro
    Debtor

Case No. 18-13346-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 01, 2018
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.
db        +Beth S Shapiro,    47 Llanfair Road,    Apt. B2,    Ardmore, PA 19003-3318
cr        +Steven Prusky,    c/o Alan L. Frank Law Associates, P.C.,    135 Old York Road,
         Jenkintown, PA 19046-3617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
         ALAN L. FRANK     on behalf of Plaintiff Steven   Prusky afrank@alflaw.net
         ALAN L. FRANK     on behalf of Creditor Steven   Prusky afrank@alflaw.net
         CHARLES W. CAMPBELL     on behalf of Defendant Beth S Shapiro cwcampbell3@gmail.com,
          Campbelldoc301@gmail.com
         DAVID H. LANG     on behalf of Debtor Beth S Shapiro langlawoffice@gmail.com
         DAVID H. LANG     on behalf of Defendant Beth S Shapiro langlawoffice@gmail.com
         MICHAEL D. VAGNONI     on behalf of Creditor   Obermayer Rebmann Maxwell & Hippel   LLP
          michael.vagnoni@obermayer.com,
          Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
         REBECCA ANN SOLARZ     on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
         TERRY P. DERSHAW     td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** | : | **Chapter** |
| | : | |
| BETH SHAPIRO, | : | |
| | : | |
| Debtor. | : | Case No. (JKF) |

## ORDER REGARDING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY FILED BY STEVEN PRUSKY

**AND NOW**, this 1st day of August, 2018, upon consideration of the Motion for Relief from Automatic Stay ("Motion") filed by creditor Steven Prusky ("Movant");

**AND** a hearing not having been held on the Motion because a Certification of No Response was filed;

**AND** the Motion referring to various amounts (*e.g.,* $3,500 for loss of tax refunds on joint 2015 and 2016 joint tax returns and $87,000 for non-marital property which debtor allegedly removed from the parties' former marital home) that may not be within the scope of 11 U.S.C. § 362(b)(2)(A) or (B);

**AND** Movant having filed a proof of claim in debtor's bankruptcy case for $160,343.35 for "[c]hild support, tax refunds, return of property, divorce-related claims,"

**AND** Movant having offered, in his Motion, to submit copies of the following documents to the Court for an *in camera* review: (i) the parties' Postnuptial

Agreement; and (ii) his Petition for Enforcement of Postnuptial Agreement including its attachments;

**AND** the Court concluding that an *in camera* inspection of these documents is necessary to determine whether Movant is entitled to relief from the stay and, if so, to what extent;

It is hereby **ORDERED** and **DECREED** that:

1. Mr. Prusky shall submit copies of the parties' Postnuptial Agreement and his Petition for Enforcement of Postnuptial Agreement to the Court <u>on or before Friday, August 10, 2018</u>.

2. The documents identified in paragraph 1 above can be hand-delivered or mailed to the attention of Judge Jean K. FitzSimon, Suite 203, 900 Market Street, Philadelphia, PA 19107.

3. After the Court has reviewed the documents, a hearing shall be scheduled on the Motion.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

2