# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| BETH SHAPIRO, | : | |
| | : | |
| Debtor. | : | Case No. 18-13346 (JKF) |

# ORDER

**AND NOW**, this 8th day of August, 2018, upon consideration of Steven Prusky's motion for relief from the automatic stay;

**AND** debtor, Beth Shapiro, not having filed a response thereto;

It is hereby **ORDERED** and **DECREED** that relief from the stay is **GRANTED** so that Mr. Prusky can proceed against Ms. Shapiro in the Court of Common Pleas of Montgomery County, Pennsylvania, in Case No. 2015-12638, on his Petition for Enforcement of Postnuptial Agreement so that the Common Pleas Court can determine the amount which Mr. Prusky is owed under the terms of the Postnuptial Agreement or any court ordered modification thereof.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge