United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13346-jkf
Beth S Shapiro                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1                Date Rcvd: Aug 09, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db            +Beth S Shapiro,    47 Llanfair Road,   Apt. B2,   Ardmore, PA 19003-3318
cr            +Steven Prusky,    c/o Alan L. Frank Law Associates, P.C.,   135 Old York Road,
                Jenkintown, PA 19046-3617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
      ALAN L. FRANK    on behalf of Plaintiff Steven   Prusky afrank@alflaw.net
      ALAN L. FRANK    on behalf of Creditor Steven   Prusky afrank@alflaw.net
      CHARLES W. CAMPBELL    on behalf of Defendant Beth S Shapiro cwcampbell3@gmail.com,
       Campbelldoc301@gmail.com
      DAVID H. LANG    on behalf of Debtor Beth S Shapiro langlawoffice@gmail.com
      DAVID H. LANG    on behalf of Defendant Beth S Shapiro langlawoffice@gmail.com
      MICHAEL D. VAGNONI    on behalf of Creditor    Obermayer Rebmann Maxwell & Hippel   LLP
       michael.vagnoni@obermayer.com,
       Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| BETH SHAPIRO, | : | |
| | : | |
| Debtor. | : | Case No. 18-13346 (JKF) |

## ORDER

**AND NOW**, this 8th day of August, 2018, upon consideration of Steven Prusky's motion for relief from the automatic stay;

**AND** debtor, Beth Shapiro, not having filed a response thereto;

It is hereby **ORDERED** and **DECREED** that relief from the stay is **GRANTED** so that Mr. Prusky can proceed against Ms. Shapiro in the Court of Common Pleas of Montgomery County, Pennsylvania, in Case No. 2015-12638, on his Petition for Enforcement of Postnuptial Agreement so that the Common Pleas Court can determine the amount which Mr. Prusky is owed under the terms of the Postnuptial Agreement or any court ordered modification thereof.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge