United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Beth S Shapiro  
    Debtor

Case No. 18-13346-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Dec 03, 2019 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.
db     +Beth S Shapiro,    47 Llanfair Road,    Apt. B2,    Ardmore, PA 19003-3318

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:
    ALAN L. FRANK    on behalf of Plaintiff Steven  Prusky afrank@alflaw.net
    ALAN L. FRANK    on behalf of Creditor Steven  Prusky afrank@alflaw.net
    CHARLES W. CAMPBELL    on behalf of Defendant Beth S Shapiro cwcampbell3@gmail.com,
     Campbelldoc301@gmail.com
    DAVID H. LANG    on behalf of Debtor Beth S Shapiro langlawoffice@gmail.com
    DAVID H. LANG    on behalf of Defendant Beth S Shapiro langlawoffice@gmail.com
    MICHAEL D. VAGNONI    on behalf of Creditor   Obermayer Rebmann Maxwell & Hippel  LLP
     michael.vagnoni@obermayer.com,
     Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
     anzis@obermayer.com;helen.belair@obermayer.com
    REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
    TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Beth S Shapiro : Case No. 18−13346−jkf

    Debtor(s)

***ORDER***
_____

AND NOW, this day , December 3rd, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

43
Form 195